# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    No. 4:10CR00017-01 JLH

LATREASE OLIVER                                                                       DEFENDANT

## **ORDER**

The government has filed a motion to dismiss indictment as to Latrease Oliver. Without objection, the motion is GRANTED. Document #13. The indictment is hereby dismissed without prejudice as to Latrease Oliver.

IT IS SO ORDERED this 23rd day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE